# ELECTRONIC RECORD

COA #   01-14-00334-CR      OFFENSE:   22.011 (Sexual Assault)

STYLE:   Ruben Fernandez v. The State of Texas      COUNTY:   Harris

COA DISPOSITION:   AFFIRM      TRIAL COURT:   180th District Court

DATE: 04/30/2015      Publish: N    TC CASE #:   1360307

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Ruben Fernandez v. The State of Texas      CCA #:   671-15

_____PRO SE_____ Petition      CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____

_____REFUSED_____      JUDGE: _____

DATE: ___10/14/2015___      SIGNED: _____      PC: _____

JUDGE: _____      PUBLISH: _____      DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**